■ MOE SEGAL, Respondent, v. PUROFIED DOWN PRODUCTS CORPORATION, Appellant.—

In this action for damages based on an alleged breach of a contract of employment, plaintiff failed to serve and file a note of issue and proceed with the action, except for the instant motion to perpetuate testimony, for what appears to be about 3½ years since the adjournment without date of the examination of defendant commenced in March, 1958. Five years and nine months elapsed between the commencement of this action and the cross motion to dismiss for lack of prosecution. On this record plaintiff has failed to explain the unreasonable neglect to prosecute this action. (*Gallagher* v. *Clafington, Inc.*, 7 A D 2d 627.) Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.

■ GRACE CAPECE, Respondent, v. JOSEPH A. BEADLE, JR., Appellant.— Order, entered on September 29, 1961, pursuant to subdivision 4 of section 69 of the New York City Criminal Courts Act, directing defendant to pay $950 as a counsel fee to the mother in a paternity proceeding, unanimously modified, on the law and the facts and in the exercise of discretion, to the extent of reducing the award to $500, and, as so modified, affirmed, with $20 costs and disbursements to defendant-appellant. Under the circumstances of this case the award of $950 was excessive. The costs and disbursements of this appeal are to be deducted from the $500 fixed as the reasonable allowance herein. Settle order on notice. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.